UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM INCORPORATED (SWEDENBORGIAN) and BOSTONVIEW CORPORATION, <br><br> Defendants. | C.A. No. 04 10419 WGY |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING DECISION ON MOTIONS TO DISMISS

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Defendants, Boston Society of the New Jerusalem, Incorporated and Bostonview Corporation ("the Defendants"), hereby move that this Court issue a protective order staying all discovery in this action pending this Court's decision on the Defendants' Motions To Dismiss. For the reasons stated in the accompanying memorandum of law, the Court should issue a protective order staying all discovery in this action, including but not limited to: (1) quashing any subpoenas issued to date; and (2) tolling the time within which to respond to the Plaintiffs written discovery requests, pending its ruling on the Defendants' Motions to Dismiss.

### REQUEST FOR ORAL ARGUMENT

The Defendants request an opportunity for oral argument on this Motion.

## Local Rules 7.1 and 37.1 Certification

On March 18, 2004, in a good faith attempt to narrow the areas of disagreement between the parties regarding the issues in this Motion, the undersigned contacted Plaintiffs' counsel, Christopher J. Trombetta, by telephone and asked him to defer all discovery until after this Court's decision on the Defendants' Motions To Dismiss, which are to be filed on Monday, March 22, 2004. Mr. Trombetta declined this request.

_____
Richard J. McCarthy (BBO #328600)

BOSTON SOCIETY OF THE NEW
JERUSALEM, INCORPORATED and
BOSTONVIEW CORPORATION
    Defendants,

By their attorneys,

_____
Richard J. McCarthy (BBO #328600)
Mary Patricia Cormier (BBO #635756)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 439-4444
Fax: (617) 439-4170

Dated: Boston, MA
       March 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 3/19/2004