UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN, <br>     Plaintiffs, <br> v. <br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN) and BOSTONVIEW CORPORATION, <br>     Defendants. | CIVIL ACTION <br> NO. 04-10419-WGY |

### NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Nicholas B. Carter on behalf of the defendants, Edward MacKenzie and Thomas Kennedy in the above-captioned action.

Respectfully submitted,

Defendants
EDWARD MACKENZIE and
THOMAS KENNEDY,
By their attorneys,

*/s/ Nicholas Carter*
Howard M. Cooper (BBO #543842)
Nicholas B. Carter (BBO #561147)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Dated: March 24, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/24/04.

*/s/ Nicholas Carter*