UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN<br><br>v.<br><br>EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION | C.A. No. 04-10419-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard J. McCarthy, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 as counsel for defendants, Boston Society of the New Jerusalem, Inc. and Bostonview Corporation, in the above-captioned action.

Respectfully submitted,

Richard J. McCarthy (BBA No. 528600)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: March 26, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 3/26/04

BOS_439508_1/RMCCARTHY