# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                               **Civil Action**
                                                                **No:04-10419-WGY**

**NEW JERUSALEM CHURCH**
**Plaintiff**

v.

**MacKENZIE, ET AL**
**Defendant**

## NOTICE OF RESCHEDULING

**YOUNG, C.J.**

     TAKE NOTICE that the above-entitled case has been   RESET   for HEARING on Motion to Dismiss  at  2:00 P.M , on    <u>WED. APRIL 28</u>  , 2004, in Courtroom No. 18, 5TH FLOOR.

                                                                **By the Court,**

                                                                **/s/ Elizabeth Smith**

                                                                **Deputy Clerk**

**April 12, 2004**

**To: All Counsel**