UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE GENERAL CONVENTION OF THE
NEW JERUSALEM IN THE UNITED
STATES OF AMERICA, INC., THE
MASSACHUSETTS ASSOCIATION OF
THE NEW JERUSALEM
(SWEDENBORGIAN), and GEORGE
CHAPIN,

          Plaintiffs,

v.                                                                          C.A. No. 04-10419-WGY

EDWARD MACKENZIE, THOMAS
KENNEDY, BOSTON SOCIETY OF THE
NEW JERUSALEM, INCORPORATED
(SWEDENBORGIAN), and BOSTONVIEW
CORPORATION

          Defendants.

## DEFENDANTS' JOINT MOTION FOR
## ENTRY OF CONFIDENTIALITY ORDER

For the reasons set forth in the accompanying memorandum of law, the Defendants,

Boston Society of the New Jerusalem, Incorporated and Bostonview Corporation (the "Entity

Defendants"), and Edward MacKenzie and Thomas Kennedy (the "Individual Defendants")

hereby jointly move that this Court issue a confidentiality order, in the form set forth in

Exhibit A, attached hereto, ordering the Plaintiffs to treat as confidential (a) all financial

information, and (b) all Boston Society of the New Jerusalem, Inc., and its subsidiaries, internal

documents, including membership records, produced in discovery in this action.

## REQUEST FOR ORAL ARGUMENT

The Defendants request an opportunity for oral argument on this Motion.

EDWARD MACKENZIE and
THOMAS KENNEDY,
    Defendants,

By their attorneys,


/s/ Nicholas B. Carter_____
Howard M. Cooper (BBO #543842)
Nicholas B. Carter  (BBO #561147)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626
(617) 277-5777 fax


BOSTON SOCIETY OF THE NEW
JERUSALEM, INCORPORATED and
BOSTONVIEW CORPORATION
    Defendants,

By their attorneys,


/s/ Brian H. Lamkin_____
Richard J. McCarthy (BBO #328600)
Brian H. Lamkin (BBO #635688)
Mary Patricia Cormier (BBO #635756)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
(617) 439-4170 fax


**LOCAL RULES 7.1 AND 37.1 CERTIFICATION**

At various times in April 2004, each of the undersigned counsel for the Entity Defendants

and the Individual Defendants, in a good faith attempt to narrow the areas of disagreement

between the parties regarding the issues in this Motion, have contacted Plaintiffs' counsel,

Christopher J. Trombetta, by telephone, and requested that Plaintiffs agree to keep confidential certain documents obtained in discovery in the above-entitled action, including executing a confidentiality agreement with respect to certain documents and information received in discovery of this action.  Mr. Trombetta declined these requests, but did agree to keep confidential all documents and information produced until the issue was decided by the Court..

/s/ Nicholas B. Carter_____
Nicholas B. Carter (BBO #561147)


/s/ Richard J. McCarthy_____
Richard J. McCarthy (BBO #328600)

BOS_442651_1/MCORMIER