UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION,<br><br>Defendants. | C.A. No. 04 10419 WGY |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, counsel for the Plaintiffs will take the deposition upon oral examination of the Keeper of Records of Fleet Bank, on March 24, 2004 at 10:00 a.m., or such other time as agreed by counsel, at Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts. The deponent is to bring with him or her the documents identified in Exhibit A.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

# 1781479_v1

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 16, 2004

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on ___3-16-04___ by hand/by mail
_____

## Exhibit A

1. All monthly and other statements for all accounts of Harborview Real Estate Corporation ("Harborview").

2. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of Harborview's accounts.

3. All cancelled checks from any Harborview account.

4. All monthly and other statements for all accounts of John Burke.

5. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of John Burke's accounts.

6. All cancelled checks from any John Burke account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION, <br><br> Defendants. | C.A. No. 04 10419 WGY |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, counsel for the Plaintiffs will take the deposition upon oral examination of the Keeper of Records of Mellon Financial Corporation, on March 24, 2004 at 1:00 p.m., or such other time as agreed by counsel, at Holland & Knight, LLP, 10 St. James Avenue, Boston, Massachusetts. The deponent is to bring with him or her the documents identified in Exhibit A.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

# 1782966_v1

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 16, 2004

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on ___3-16-04___ by hand/by mail
_____

## Exhibit A

1. All monthly and other statements for all accounts of Harborview Real Estate Corporation ("Harborview").

2. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of Harborview's accounts.

3. All cancelled checks from any Harborview account.

4. All monthly and other statements for all accounts of John Burke.

5. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of John Burke's accounts.

6. All cancelled checks from any John Burke account.

7. All monthly and other statements for all accounts of Thomas Kennedy.

8. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of Thomas Kennedy's accounts.

9. All cancelled checks from any Thomas Kennedy account.

10. All monthly and other statements for all accounts of Edward MacKenzie.

11. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of MacKenzie's accounts.

12. All cancelled checks from any MacKenzie account.

13. All monthly and other statements for all accounts of Boston Society of the New Jerusalem, Incorporated (Swedenborgian) (the "Church").

14. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of the Church's accounts.

15. All cancelled checks from any Church account.

16. All monthly and other statements for all accounts of Bostonview Corporation ("Bostonview").

17. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of Bostonview's accounts.

18. All cancelled checks from any Bostonview account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION, <br><br> Defendants. | C.A. No. 04 10419 WGY |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, counsel for the Plaintiffs will take the deposition upon oral examination of the Keeper of Records of MacDonald & McEachern, Inc., on March 25, 2004 at 1:00 p.m., or such other time as agreed by counsel, at Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts. The deponent is to bring with him or her the documents identified in Exhibit A.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

# 1791841_v1

## Exhibit A

Documents also include, without limitation, information stored electronically.

1. Any documents evidencing, referring to, mentioning or concerning the finances of Boston Society of the New Jerusalem, Incorporated (Swedenborgian) (the "Church").

2. Any documents evidencing, referring to, mentioning or concerning any checks of the Church.

3. Any documents evidencing, referring to, mentioning or concerning any bank statements of the Church.

4. All other statements relating to any other account of the Church.

5. Any documents evidencing, referring to, mentioning or concerning any audits of the Church.

6. Any documents evidencing, referring to, mentioning or concerning any expenses of the Church.

7. Any documents evidencing, referring to, mentioning or concerning any contracts of or with the Church.

8. All documents which relate to the Church in any other way.

9. Any documents evidencing, referring to, mentioning or concerning the finances of Bostonview Corporation ("Bostonview").

10. Any documents evidencing, referring to, mentioning or concerning any checks of Bostonview.

11. Any documents evidencing, referring to, mentioning or concerning any bank statements of Bostonview.

12. All other statements relating to any other account of Bostonview.

13. Any documents evidencing, referring to, mentioning or concerning any audits of Bostonview.

14. Any documents evidencing, referring to, mentioning or concerning any expenses of Bostonview.

15. Any documents evidencing, referring to, mentioning or concerning any contracts of or with Bostonview.

16. All documents which relate to Bostonview in any other way.

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 18, 2004

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on 3-18-04 by hand/by mail

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION, <br><br> Defendants. | C.A. No. 04 10419 WGY |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, counsel for the Plaintiffs will take the deposition upon oral examination of the Keeper of Records of XV Beacon Hotel, on March 25, 2004 at 10:00 a.m., or such other time as agreed by counsel, at Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts. The deponent is to bring with him or her the documents identified in Exhibit A.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

\# 1790524_v1

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 1?, 2004

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on 3/1?/0? by hand/by mail

## Exhibit A

1. Any documents evidencing, referring to, mentioning or concerning lodging in XV Beacon Hotel by John Burke, Renee Meldon, Renee Parker or Renee Thomas.

2. Any documents evidencing, referring to, mentioning or concerning payment for any lodging in XV Beacon Hotel by John Burke, Renee Meldon, Renee Parker or Renee Thomas.

3. Any documents evidencing, referring to, mentioning or concerning any other expenses incurred by John Burke, Renee Meldon, Renee Parker or Renee Thomas at the XV Beacon Hotel.

4. Any documents evidencing, referring to, mentioning or concerning payment for any expenses of John Burke, Renee Meldon, Renee Parker or Renee Thomas incurred at the XV Beacon Hotel.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION,<br><br>Defendants. | C.A. No. 04 10419 WGY |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, counsel for the Plaintiffs will take the deposition upon oral examination of the Keeper of Records of Fleet Bank, on March 26, 2004 at 10:00 a.m., or such other time as agreed by counsel, at Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts. The deponent is to bring with him or her the documents identified in Exhibit A.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

# 1781479_v2

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 19, 2004

#1781479_v2

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on 3-19-04 by hand/by mail
_____

## Exhibit A

1. All monthly and other statements for all accounts of Bostonview Corporation ("Bostonview").

2. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of Bostonview's accounts.

3. All cancelled checks from any Bostonview account.

4. All monthly and other statements for all accounts of John Burke.

5. All documents evidencing any deposits to, checks drawn against, or withdrawals from any of John Burke's accounts.

6. All cancelled checks from any John Burke account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION,<br><br>Defendants. | C.A. No. 04 10419 WGY |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, counsel for the Plaintiffs will take the deposition upon oral examination of the Keeper of Records of Compass Bank, on April 15, 2004 at 10:00 a.m., or such other time as agreed by counsel, at Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts. The deponent is to bring with him or her the documents identified in Exhibit A.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

# 1834623_v1

THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN,

By their attorneys,

**HOLLAND & KNIGHT LLP**

_____
Geoffrey E. Hobart (BBO No. 547499)
Christopher J. Trombetta (BBO No. 556923)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: April 7, 2004

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on 4/7/04 ~~by hand~~/by mail

# Exhibit A

    1.    All monthly and other statements for all accounts of Harborview Real Estate Corporation ("Harborview").

    2.    All documents evidencing any deposits to, checks drawn against, or withdrawals from any of Harborview's accounts.

    3.    All cancelled checks from any Harborview account.

    4.    All monthly and other statements for all accounts of John Burke.

    5.    All documents evidencing any deposits to, checks drawn against, or withdrawals from any of John Burke's accounts.

    6.    All cancelled checks from any John Burke account.

    7.    All monthly and other statements for all accounts of Bostonview Corporation ("Bostonview").

    8.    All documents evidencing any deposits to, checks drawn against, or withdrawals from any of Bostonview's accounts.

    9.    All cancelled checks from any Bostonview account.