UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN,<br>　　　Plaintiffs,<br><br>v.<br><br>EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN) and BOSTONVIEW CORPORATION,<br>　　　Defendants. | CIVIL ACTION<br>NO. 04-10419-WGY<br><br>*May 20, 2004*<br>YOUNG, D.J. *as modified*<br>So ordered as the case management scheduling order.<br>　Discovery due *Aug 13, 2004*<br>　Dispositive Motions due *July 28, 2004*<br><br>*/s/ William G. Young*<br>U.S. District Judge |

**JOINT CASE MANAGEMENT SCHEDULE**

The parties in the above-captioned action, by their counsel, submit the following proposed Joint Case Management Schedule.

**Completion of Discovery**: July 7, 2004

Parties may serve interrogatories, document requests, and requests for admission by this date. Depositions to be completed by this date.

**Dispositive Motions**:

　To Dismiss: Promptly after entry of Consent Judgment in pending state action

　For Summary Judgment: July 28, 2004

　　Opposition: August 13, 2004

**Expert Reports**: Expert reports, if any, must be produced by August 13, 2004.

~~Final Pretrial Conference: August 18, 2004~~ *n/a*



Trial: September 27, 2004 /s/ WAY

This Schedule assumes a trial date of September 27, 2004, which constitutes a two-week extension from the current date. The parties jointly request this extension to accommodate their discovery needs and their scheduled vacation plans.

Respectfully submitted,
Plaintiffs,
THE GENERAL CONVENTION OF THE
NEW JERUSALEM IN THE UNITED
STATES OF AMERICA, INC., THE
MASSACHUSETTS ASSOCIATION
OF THE NEW JERUSALEM
(SWEDENBORGIAN) and
GEORGE CHAPIN,
By their attorneys,

/s/ Christopher J. Trombetta
Geoffrey E. Hobart (BBO # 547499 )
Christopher J. Trombetta (BBO #557023)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Respectfully submitted,
Defendants
BOSTON SOCIETY OF THE NEW
JERUSALEM, INCORPORATED and
BOSTONVIEW CORPORATION
By their attorneys,

/s/ Nicholas J. Rosenberg
Richard J. McCarthy (BBO #328600)
Nicholas J. Rosenberg (BBO #657887)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444

Respectfully submitted,
Defendants
EDWARD MACKENZIE and
THOMAS KENNEDY,
By their attorneys,

/s/ Nicholas B. Carter
Howard M. Cooper (BBO #543842)
Nicholas B. Carter (BBO #552574)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Dated:  May 18, 2004