# CHURCH MEMBERS AS OF DECEMBER 2003

| Name | Status | Year of Confirmation (if known) |
|---|---|---|
| Allen, Miriam W. | Member | |
| Andrews, Veronica | Member | |
| Banus, Nancy | Associate | |
| Barnes, Lauren Ann | Member | 2003 |
| Benjamin, Mary | Member | 2002 |
| Bicknell, Joyce Regamey | Associate | |
| Blackmer, Christine | Member | |
| Blackmer, Gordon W. | Member | |
| Bowers, Gretchen | Member | 2003 |
| Brinn, Anne | Member | 2002 |
| Brockway, Nicole L. (Wagner) | Member | 2001 |
| Broderick, Phillip | Member | 2002 |
| Brown, Anne Carleton Hunt | Member | 1992 |
| Buchanan, Beth | Member | 1995 |
| Budlong, Bettye | Associate | |
| Burdett, Caroline | Member | 1998 |
| Burdett, Mary Ann | Member | |
| Burke, John | Member | 2003 |
| Burm, Tina | Member | 2003 |
| Cabelus, Jean | Member | 2003 |
| Calareso, Josephine | Member | 2002 |
| Chapin, George R. | Member | |
| Chapin, Joan | Member | 1997 |
| Chapin, Walter | Associate | |
| Coan, Daniel G. | (deceased) | 1998 |
| Cotter, John (Jack) H. | (deceased) | 1996 |
| Cunningham, Juliet | Member | |
| Cutting, Jane | Member | |
| Daley, Jack | Member | 1995 |
| Davis, Larry | Member | 2003 |
| Davis, Mary Jo | Member | 2003 |
| Davis, Rodney | Member | |
| Dillaway, Alice | Associate | |
| Dorsey, David | Member | 1997 |

BC 18623

| Name | Status | Year |
|---|---|---|
| Droumboulas, Demetrios | Member | 2003 |
| Dugay, Gilberg | Member | |
| Ellis, Lynn E. | Member | |
| Ellis, Mary | Member | |
| Ellis, Rex B. | Member | |
| Ellis, The Reverend G. Steven | Member | |
| Elwell, Robert | Member | |
| Field, Ellen | Member | 1995 |
| Flaherty, Sandra A. | Member | 1997 |
| Fontaine, Ronald | Member | 2003 |
| Freyberg, Emily | Member | 2002 |
| Gagon, Jean Paul | Member | 2003 |
| Goldstein, Stanley | Member | 2003 |
| Guarino, Mary | Member | 2002 |
| Guarnieri, John P. | Member | 1996 |
| Hanson, Douglas | Member | 2003 |
| Hanson, Helena | Member | |
| Hanson, Kimberly | Member | 2003 |
| Hatheway, Richard | Associate | |
| Hawkins, Thelma E. | Member | 1994 |
| Higgins, Paula | Member | 1996 |
| Hoyer, Hope C. | Member | 2002 |
| Huff, Karl | Member | |
| Huntley, Blanche L. | Associate | |
| Hymans, Marjorie C. | Member | |
| Irving, Ashleigh | Member | 2003 |
| James, Arthur L. | Associate | |
| Jennings, Tammy | Member | 2002 |
| Kasabian, Virginia | Member | 2002 |
| Kemian, Linda | Member | 2003 |
| Kennedy, Jessica | Member | 2003 |
| Kennedy, Matthew | Member | 2003 |
| Kennedy, Michael | Member | 2003 |
| Kennedy, Michelle | Member | 2002 |
| Kennedy, Thomas | Member | 2002 |
| Klein, The Reverend Dr. J. Theodore | Member | 1989 |
| LaBossier, Florence E. | Member | 2002 |

BC 18624

| Name | Type | Year |
|---|---|---|
| Latkowitch, Mike | Member | 1997 |
| LoGiudice, Paul | Member | 2002 |
| Long, Eugene A. | Member | 1994 |
| Lynn, Jolene | Member | 2003 |
| MacDonald, Krystal | Member | 2003 |
| Mackenzie, Courtney | Member | 2003 |
| Mackenzie, Maria | Member | |
| Mackenzie, Ronald | Member | 2003 |
| MacKenzie Jr., Edward J. | Member | 2002 |
| Martin, Andrea | Associate | |
| McCarthy, Charles J. | Member | 2003 |
| McCormick, Eleanor R. | Member | 1999 |
| McGaw, Joan | Member | 2003 |
| McLain, Andrew | Member | 1995 |
| McLain, Carolyn P. | Associate | |
| McLain, Dr. Minor H. | Associate | |
| Meldon, Renee | Member | 2003 |
| Mitchell, Clarence L. | Member | |
| Molloy, Thomas | Member | 2003 |
| Monnin, William | Member | 2003 |
| O'Donnell, James F. | (deceased) | 1996 |
| Oliva, Matthew | Member | |
| Paine, Amy | Member | 2002 |
| Palluccio, Joseph | Member | 2003 |
| Palluccio, Mark | Member | 2003 |
| Palluccio, Paul | Member | 2003 |
| Partin, Louis | Member | 1992 |
| Pasquariello, Melissa | Member | 2003 |
| Peebles, Dr. Douglas C. | Member | 1998 |
| Peebles, Dr. Thomas C. | Member | |
| Peebles, Elaine Davidson | Member | |
| Peebles, James E. | Member | |
| Perry, Anne B. | Member | |
| Perry, John C. | Member | |
| Ramirez, Velma B. | Member | |
| Regamey, David | Member | |
| Regamey, Patricia Vigue | Associate | |

BC 18625

| Name | Type | Year |
|---|---|---|
| Roberts-Frechette, Fay | Member | |
| Sacco, Patty | Member | 2003 |
| Saunders, Susan | Associate | |
| Simmons, Catherine | Member | |
| Sjostedt, Carl | Associate | |
| Sjostedt, Doris | Associate | |
| Snedeker, Michael | Member | 2003 |
| Sullivan, Maggie | Member | |
| Symes, Elizabeth W. | Member | |
| Tripp, Glenn F. | Member | 1998 |
| Tripp, Tyler | Member | |
| Tucker, Jeannette A. | Member | |
| Vigue, Patricia Regamey | Associate | |
| Wal, Bimola | Member | 2003 |
| Washburn, George F. | Member | |
| Watts, Christine | Associate | |
| Watts, Mary | Member | 2003 |
| Watts, Ronald | Member | 2003 |
| Williams, Alix D. | Member | |
| Williams, Diane | Member | 2003 |
| Woodward, Bobby | Member | 2003 |
| Woolf, Anne | Member | 2002 |
| Young, Allan W. | Associate | |
| Young, Dorothy deB. | Member | |
| Zayas, Anita | Member | |

BC 18626