UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,<br><br>        Plaintiffs,<br><br>v.<br><br>EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION<br><br>        Defendants. | C.A. No. 04-10419-WGY |

**DEFENDANTS BOSTON SOCIETY OF THE NEW JERUSALEM, INC.
AND BOSTONVIEW CORPORATION'S RENEWED MOTION TO DISMISS**

Defendants Boston Society of the New Jerusalem, Incorporated ("the Church") and Bostonview Corporation ("Bostonview"), by their attorneys and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), hereby file a Renewed Motion to Dismiss seeking to dismiss all claims asserted against them by the Plaintiffs for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. This Renewed Motion is made upon pleadings, memoranda of law, and arguments previously had herein, and upon the Civil Investigative Demands, Complaint, and Consent Judgment filed in Suffolk Superior Court Civil Actions No. 03-5408A and 04-2597.

WHEREFORE, Defendants Boston Society of the New Jerusalem, Incorporated and Bostonview Corporation respectfully renew this motion that the Court dismiss Counts IV and V of the Complaint, which are the only counts seeking relief against these defendants.

        BOSTON SOCIETY OF THE NEW
        JERUSALEM, INC. and BOSTONVIEW
        CORORATION,
            Defendants

        By their attorneys,

        /s/ Brian H. Lamkin
        Richard J. McCarthy (BBO# 328600)
        Brian H. Lamkin (BBO# 635688)
        EDWARDS & ANGELL LLP
        101 Federal Street
        Boston, MA  02110
        (617) 439-4444

## LOCAL RULE 7.1 CERTIFICATION

    I hereby certify that on June 14, 2004, Nicholas J. Rosenberg, counsel for the Church and Bostonview, advised counsel for the Plaintiffs that the Church and Bostonview intended to file a Renewed Motion to Dismiss.

        /s/ Brian H. Lamkin
        Brian H. Lamkin (BBO# 635688)