UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE GENERAL CONVENTION OF THE      )
NEW JERUSALEM IN THE UNITED STATES )
OF AMERICA, INC., THE MASSACHUSETTS )
ASSOCIATION OF THE NEW JERUSALEM   )
(SWEDENBORGIAN), and               )
GEORGE CHAPIN,                     )
                       Plaintiffs,)  CIVIL ACTION
                                   )  NO. 04-10419-WGY
v.                                 )
                                   )
EDWARD MACKENZIE, THOMAS KENNEDY,  )
BOSTON SOCIETY OF THE NEW          )
JERUSALEM, INCORPORATED            )
(SWEDENBORGIAN), and               )
BOSTONVIEW CORPORATION,            )
                      Defendants.)

ORDER

The order denying the motion to compel is VACATED and
the motion is ALLOWED as to all requested documents after
January 1, 2002 save for request 16 which is allowed in its
entirety.

SO ORDERED.

WILLIAM G. YOUNG
CHIEF JUDGE