UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN), and GEORGE CHAPIN,<br><br>       Plaintiffs,<br><br>v.<br><br>EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN), and BOSTONVIEW CORPORATION<br><br>       Defendants. | C.A. No. 04-10419-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas J. Rosenberg as counsel for the Defendants, Boston Society of the New Jerusalem, Incorporated and Bostonview Corporation, in the above-captioned matter.

BOSTON SOCIETY OF THE NEW
JERUSALEM, INCORPORATED and
BOSTONVIEW CORPORATION,
   Defendants,

By their attorneys,

/s/ Nicholas J. Rosenberg
Richard J. McCarthy (BBO #328600)
Nicholas J. Rosenberg (BBO #657887)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
(617) 439-4170 fax

Dated: June 18, 2004