UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, INC., THE MASSACHUSETTS ASSOCIATION OF THE NEW JERUSALEM (SWEDENBORGIAN) and GEORGE CHAPIN, <br>       Plaintiffs, <br><br> v. <br><br> EDWARD MACKENZIE, THOMAS KENNEDY, BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED (SWEDENBORGIAN) and BOSTONVIEW CORPORATION, <br>       Defendants. | CIVIL ACTION <br> NO. 04-10419-WGY |

## JOINT MOTION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE

The parties in the above-captioned action, by their counsel, submit this joint motion to extend the schedule for summary judgment briefing by one week.

Defendants have been seeking the deposition of John Perry, who submitted an affidavit on behalf of plaintiffs to the Court. To accommodate the scheduling needs of plaintiffs' counsel, defendants have agreed to postpone John Perry's deposition until July 22, 2004. This will leave only four business days between the end of this deposition and the current deadline for filing motions for summary judgment, which is July 28, 2004. Accordingly, the parties jointly move for a one-week extension of the summary judgment deadline to August 4, 2004 so that they will have sufficient time to prepare and file their motions upon the completion of depositions.

If the Court allows this request, the parties then also jointly move that the Court amend the deadline for the parties to file their opposition to summary judgment motions, which currently is August 13, 2004.  The parties believe they will need two weeks, or until August 18, 2004, to prepare and file those oppositions.

WHEREFORE, the parties jointly request that the Court amend the case management schedule so that motions for summary judgment will be due on August 4, 2004, and oppositions to such motions will be due on August 18, 2004.


Respectfully submitted,
Plaintiffs,
THE GENERAL CONVENTION OF THE
NEW JERUSALEM IN THE UNITED
STATES OF AMERICA, INC., THE                      Respectfully submitted,
MASSACHUSETTS ASSOCIATION                          Defendants
OF THE NEW JERUSALEM                               BOSTON SOCIETY OF THE NEW
(SWEDENBORGIAN) and                                JERUSALEM, INCORPORATED and
GEORGE CHAPIN,                                     BOSTONVIEW CORPORATION
By their attorneys,                                By their attorneys,


/s/ Christopher J. Trombetta                        /s/ Richard J. McCarthy
Geoffrey E. Hobart (BBO # 547499 )                 Richard J. McCarthy (BBO #328600)
Christopher J. Trombetta (BBO #557023)             Nicholas J. Rosenberg (BBO #657887)
HOLLAND & KNIGHT LLP                               EDWARDS & ANGELL LLP
10 St. James Avenue                                101 Federal Street
Boston, MA  02116                                  Boston, MA  02110
(617) 523-2700                                     (617) 439-4444

Respectfully submitted,
Defendants
EDWARD MACKENZIE and
THOMAS KENNEDY,
By their attorneys,


/s/ Nicholas B. Carter
Howard M. Cooper (BBO #543842)
Nicholas B. Carter (BBO #552574)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Dated:  July 7, 2004